UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| PATRICIA WILLIAMS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | NO. 1:16-cv-00026 |
| ) | CHIEF JUDGE CRENSHAW |
| FRED'S INC., ) | |
| ) | |
| Defendant. ) | |

# ORDER

The parties have filed a Joint Motion for Court Approval of Parties' Settlement of Wage Claims and Dismissal With Prejudice. (Doc. No. 28.) In an Order dated November 2, 2017, the Court denied leave to file the settlement agreement under seal and gave the parties until November 10, 2017, to take action before the court would unseal the agreement and rule upon it. (See Doc. No. 31.) The parties have not acted. Accordingly, the Settlement Agreement (Doc. No. 30) is **UNSEALED**.

The parties represent to the Court the settlement is fair and reasonable and adequately compensates the Plaintiff regarding his disputed claims. The settlement is intended to resolve and satisfy all of Plaintiff's wage and hour claims, including the remedies available to Plaintiff under the FLSA and state law, such as back wages, potential liquidated damages and attorney's fees and costs. The Court has reviewed and now **APPROVES** the settlement agreement as a fair and reasonable resolution of Plaintiff's wage and hour claims.

This action is **DISMISSED WITH PREJUDICE**. The Clerk is directed to close the case.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE